IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 JUN 20 P 12: 11

CLERK'S OFFICE
AT GREENBELT

_____ DEPUTY

BRANDEN TOLLIVER                               *
9100 MEZMER COURT
CLINTON MD 20735                               *
_(Full name and address of the plaintiff)_
**Plaintiff(s)**

vs.                                             *   Civil No.: **PJM 12 CV 1821**
                                                    _(Leave blank. To be filled in by Court.)_
INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW                        *
WASHINGTON DC

_____                 *

_____
_(Full name and address of the defendant(s))_
**Defendant(s)**                                *
                                            ******

## COMPLAINT

1. Jurisdiction in this case is based on:

    ☐  Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    ☒  Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    ☐  Other (explain) _____
    _____
    _____

2. The facts of this case are:

Internal Revenue Service owes me an amount of $6,571 for a 1040X amended return filed 4/21/2011

Internal Revenue Service denied claim on 2 basis which were not true

1) Claims children were not qualifying children for purposes of EIC and addition child tax credit
Fact is they did qualify as stepchildren under their Publication 17 Rule 8 Page 241

2) Claims that residency of 6 months not proven
Fact is I had moved in with my girlfriend and lived with her the whole year of which she can testify. She was not working at the time and I took over household expense

Even if the above claims were true, they still would owe $1321 for regular exemptions for the children

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☐ An injunction ordering: _____

_____

☐ Other (explain) _____

_____

_____        _Brander Tollever_
(Date)                               (Signature)

                                     9100 Metzner CT
                                     Clinton MD 20935

                                     301 980-0455
                                     (Printed name, address and phone number of
                                     Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.